# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 17-CR-00153** |
| **VERSUS** | **JUDGE FOOTE** |
| **VERDUGO-BARAJAS** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, RUBEN ANGLE VERDUGO-BARAJAS, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that RUBEN ANGLE VERDUGO-BARAJAS is finally adjudged guilty of the offense charged in Count One of the Indictment.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this ___ day of _____, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE